## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| JIANYUAN INTERNATIONAL CO., LTD., SHANDONG YUWANG ECOLOGICAL FOOD INDUSTRY CO., LTD., LINYI YUWANG VEGETABLE PROTEIN CO., LTD., YANTAI ORIENTAL PROTEIN TECH CO., LTD., and JIUJIANG TIANTAI FOOD CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **SUMMONS** <br><br> Court No. 24-00184 |

To:   The Attorney General of the United States
      and the United States Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

---

1. <u>Name and standing of plaintiff</u>:

Plaintiffs Jianyuan International Co., Ltd., Shandong Yuwang Ecological Food Industry Co., Ltd., Linyi Yuwang Vegetable Protein Co., Ltd., Yantai Oriental Protein Tech Co., Ltd., and Jiujiang Tiantai Food Co., Ltd. are foreign producers and exporters of certain pea protein from the People's Republic of China. Plaintiffs' imports were the subject of the International Trade Commission's antidumping and countervailing duty investigation, for which the final determination, antidumping duty order, and countervailing duty order were published as *Certain Pea Protein from China,* 89 Fed. Reg. 67,671 (Aug. 21, 2024), *Certain Pea Protein from China*, Inv. Nos. 701-TA-692 & 731-TA-1628, USITC Pub. 5529 (Aug. 2024), and *Certain Pea Protein from the People's Republic of China: Antidumping and Countervailing Duty Orders,* 89 Fed. Reg. 68,390 (Aug. 26, 2024).

Plaintiffs participated in the above-referenced proceeding through the submission of responses to questionnaires, submission of factual information, and written arguments. Thus, Plaintiffs are interested parties described in section 771(9)(A) of the Tariff Act of 1930, as

amended, 19 U.S.C. § 1677(9)(A). Plaintiffs accordingly have standing to bring this action under 28 U.S.C. § 2631(c).

2. <u>Brief description of the contested determination:</u>

Plaintiffs contest the final determination of the U.S. International Trade Commission and antidumping and countervailing duty orders of the U.S. Department of Commerce, International Trade Administration, published as *Certain Pea Protein from China,* 89 Fed. Reg. 67,671 (Aug. 21, 2024), *Certain Pea Protein from China*, Inv. Nos. 701-TA-692, 731-TA-1628, USITC Pub. 5529 (Aug. 2024), and *Certain Pea Protein from the People's Republic of China: Antidumping and Countervailing Duty Orders,* 89 Fed. Reg. 68,390 (Aug. 26, 2024).

The antidumping duty and countervailing duty proceeding was conducted pursuant to Sections 701 and 735 of the Tariff Act of 1930, as amended (19 U.S.C. §§ 1671d, 1673d). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II), 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).

3. <u>Effective date of the determination:</u>

The International Trade Administration of the U.S. Department of Commerce published the antidumping and countervailing duty orders in the above-referenced case on August 26, 2024 (89 Fed. Reg. 68,390).

4. <u>Date of publication in the Federal Register of the contested determination:</u>

The contested antidumping and countervailing duty orders in the above-referenced case published in the Federal Register on August 26, 2024 (89 Fed. Reg. 68,390). The contested final determination was published in the Federal Register on August 21, 2024 (89 Fed. Reg. 67,671).

          Respectfully submitted,

          */s/ Ned H. Marshak*
          Ned H. Marshak*
          Andrew T. Schutz
          Jordan C. Kahn
          Eve Q. Wang
          Ruting Chen

          GRUNFELD, DESIDERIO, LEBOWITZ
          SILVERMAN & KLESTADT LLP
          *599 Lexington Ave., 36th Floor
          New York, New York 10022
          - and -
          1201 New York Ave., NW, Ste. 650
          Washington, DC 20005
          (202) 783-6881

Dated: September 25, 2024

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, New York 10278

Jeanne E. Davidson, Esq.
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

The Honorable Lisa R. Barton
Secretary
**U.S. International Trade Commission**
500 E Street, SW
Washington, DC 2043

12946370_1